## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 0:20-CV-60015-RAR

Plaintiff:
**DOUG LONGHINI**

vs.

Defendant:
**STANLEY R. GRUMBERG AS TRUSTEE OF CORAL RIDGE SHOPPING CENTER TRUST**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L
4937 SW 74TH COURT
SUITE 3
MIAMI, FL 33155

Received by Lindsay Legal Services, Inc on the 22nd day of January, 2020 at 2:30 pm to be served on **STANLEY R. GRUMBERG AS TRUSTEE OF CORAL RIDGE SHOPPING CENTER TRUST, 3200 NORTH FEDERAL HIGHWAY, FORT LAUDERDALE, FL 33306**

I, FRANCISCO COLON, do hereby affirm that on the **24th day of January, 2020** at **3:00 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CARMEN ALFRED** as **OFFICE MANAGER** at the address of: **3200 NORTH FEDERAL HIGHWAY, FORT LAUDERDALE, FL 33306**, who stated they are authorized to accept service for **STANLEY R. GRUMBERG**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**FRANCISCO COLON**
#593

Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2020000230

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g