# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 0:20-CV-60015-RAR

Plaintiff:
**DOUG LONGHINI**

vs.

Defendant:
**ANDREW D. GUMBERG, as Trustee of Coral Ridge Shopping Center Trust, EINSTEIN and NOAH CORP., VIVARIA FLORIDA LLC, and GREAT SERVICE RESTAURANT**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L
4937 SW 74TH COURT
SUITE 3
MIAMI, FL 33155



RLA2020001307

Received by LINDSAY LEGAL SERVICES, INC. on the 20th day of May, 2020 at 4:11 pm to be served on **GREAT SERVICE RESTAURANTS, LLC. C/O GUILLERMO PEREZ VARGAS, ITS REGISTERED AGENT, 2101 VISTA PARKWAY, #271, WEST PALM BEACH, FL 33411.**

I, DENISE V. SUCATO, do hereby affirm that on the **28th day of May, 2020 at 11:55 am**, I:

CORPORATE (EMPLOYEE OF R/A) Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me to **MIRIAM PINEDO** at the address of **2101 VISTA PARKWAY, #271, WEST PALM BEACH, FL 33411** who stated they are an **EMPLOYEE OF THE REGISTERED AGENT** for the within named corporation and therefore served in compliance with Florida State Statutes 48.081(3a).

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: WHITE, Height: 5'7", Weight: 160, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**DENISE V. SUCATO**
CPS#574

**LINDSAY LEGAL SERVICES, INC.**
7105 Sw 8th Street
Suite 307
Miami, FL 33144
(305) 261-1983

Our Job Serial Number: RLA-2020001307

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g