## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 0:20-CV-60015-RAR

Plaintiff:
**DOUG LONGHINI**

vs.

Defendant:
**ANDREW D. GUMBERG, as Trustee of Coral Ridge Shopping Center Trust, EINSTEIN and NOAH CORP., VIVARIA FLORIDA LLC, and GREAT SERVICE RESTAURANT**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L
4937 SW 74TH COURT
SUITE 3
MIAMI, FL 33155

Received by LINDSAY LEGAL SERVICES, INC. on the 20th day of May, 2020 at 4:00 pm to be served on **EINSTEIN AND NOAH CORP. C/O CORPORATION SERVICE COMPANY, ITS REGISTERED AGENT, 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, MICHAEL C. NOLAN, do hereby affirm that on the **21st day of May, 2020** at **8:20 am**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **SCHEENA KRUSE as AUTHORIZED REPRESENTATIVE** for the Registered Agent of EINSTEIN AND NOAH CORP. C/O CORPORATION SERVICE COMPANY, ITS REGISTERED AGENT at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 150, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MICHAEL C. NOLAN
Certified Process Server, #111

LINDSAY LEGAL SERVICES, INC.
7105 SW 8th STREET
SUITE 307
MIAMI, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2020001305
Ref: 2020001305

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c