## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 0:20-CV-60015-RAR

Plaintiff:
**DOUG LONGHINI**

vs

Defendant:
**ANDREW D. GUMBERG, as Trustee of Coral Ridge Shopping Center Trust, EINSTEIN and NOAH CORP., VIVARIA FLORIDA LLC, and GREAT SERVICE RESTAURANT**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L
4937 SW 74TH COURT
SUITE 3
MIAMI, FL 33155


RLA2020001306

Received by LINDSAY LEGAL SERVICES, INC. on the 21st day of May, 2020 at 4:18 pm to be served on **VIVARIA FLORIDA, LLC. C/O FRANCISCO J. GAVILAN, ITS REGISTERED AGENT, 1640 W. OAKLAND PARK BLVD, #304, OAKLAND PARK, FL 33311.**

I, Ronald Jobst, do hereby affirm that on the **25th day of May, 2020** at **3:29 pm**, I:

Effected corporate service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, at the within named registered agent's/officer's usual place of abode, to a person residing therein who is 15 years of age or older to wit: GISELE GAVILAN as CO-RESIDENT/WIFE and informing said person of the contents thereof, pursuant to F.S.S. 48.081 (3)(b).

**Military Status:** Based upon inquiry of party served, the subject is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
SERVICE WAS OBTAINED AT THE GIVEN ADDRESS OF 17590 CIRCLE POND CT., BOCA RATON, FLORIDA 33496.

**Description** of Person Served: Age: 36, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 140, Hair: BLONDE, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

_Ronald Jobst_
**Ronald Jobst**
CPS#1684

**LINDSAY LEGAL SERVICES, INC.**
7105 Sw 8th Street
Suite 307
Miami, FL 33144
(305) 261-1983

Our Job Serial Number: RLA-2020001306

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g